# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

KENNETH VALENTINE AWE,

    Plaintiff,

v.

RGCI WARDEN JEFF ENDICOTT and
HOLLY GUNDERSON, Health Service Manager,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-309-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____
by Deputy Clerk

_____3/5/08_____
Date